IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00205 |
| ) | |
| THOMAS R. McGRATH and ) | |
| EDNA McGRATH, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF CHARLES H. KEEN

I, CHARLES H. KEEN, pursuant to 28 U.S.C., Section 1746 do hereby declare as follows:

1. I am employed as a trial attorney with the Tax Division of the United States Department of Justice in Washington, D.C.

2. As part of my duties as a trial attorney with the Tax Division, I have been assigned litigation responsibility for the above-captioned civil action.

3. The defendants, THOMAS R. McGRATH and EDNA McGRATH, were served with copies of the summons and complaint by the Special Process Server, Denorris Britt on May 30, 2006. True and correct copies of the returns of service are attached hereto as Exhibits A and B.

4. Pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, the defendants THOMAS R. McGRATH and EDNA McGRATH were required to serve an answer to the complaint on or before June 19, 2006.

1797978.1

5. The defendants, THOMAS R. McGRATH and EDNA McGRATH, have not responded as required by Rule 12(a), Fed. R. Civ. P., and time for such response has not been extended by the Court.

6. I further certify that to the best of my knowledge and belief, neither THOMAS R. McGRATH and EDNA McGRATH are an infant or incompetent.

I declare under penalty of perjury that to the best of knowledge and belief, the foregoing is true and correct.

Executed on: July 10, 2006

_____
CHARLES H. KEEN

AO 440(REV 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF ___DELAWARE___

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

THOMAS R. McGRATH., et al.

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06 - 205

TO: (Name and Address of Defendant)

  Thomas R. McGrath & EDNA McGRATH
  611 Fallon Drive
  Wilmington, Delaware 19804

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

  Charles H. Keen, Esquire
  Trial Attorney, Tax Division
  U.S. Department of Justice
  P.O. Box 227, Ben Franklin Station
  Washington, D.C. 20044

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

PETER T. DALLEO          3-29-06

_____      _____
CLERK                                 DATE

_____
BY DEPUTY CLERK

GOVERNMENT EXHIBIT A

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 5/30/06 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| DENORRIS BRITT | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: SERVED THOMAS R. MCGRATH ACCEPTED BY EDNA MCGRATH AT 611 FALLON DR. WILMINGTON

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/30/06
               Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440(REV 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF ___DELAWARE___

UNITED STATES OF AMERICA,

             Plaintiff,

             v.

THOMAS R. McGRATH., et al.

             Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06 - 205

TO: (Name and Address of Defendant)

    Thomas R. McGrath & EDNA McGRATH
    611 Fallon Drive
    Wilmington, Delaware 19804

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Charles H. Keen, Esquire
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 227, Ben Franklin Station
    Washington, D.C. 20044

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**PETER T. DALLEO**
_____
CLERK

3-29-06
_____
DATE

_____
BY DEPUTY CLERK

GOVERNMENT EXHIBIT B

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 5/30/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DENORRIS BRITT | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: EDNA MCGRATH AT 611 FALLON DR. WILMINGTON DELAWARE 19804

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/30/06
          Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-205 |
| ) | |
| THOMAS R. MCGRATH, and ) | |
| EDNA MCGRATH ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 11th day of July, 2006, I caused to be electronically filed a **Request To Enter Default and Declaration of Charles H. Keen** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was mailed via first class mail to:

Thomas McGrath
Edna McGrath
611 Fallon Drive
Wilmington, DE 19804

/s/ Marie Steel
Marie Steel
Legal Assistant