IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-CV-00205 |
| | ) | |
| THOMAS R. McGRATH and | ) | |
| EDNA McGRATH, | ) | |
| | ) | |
| Defendants. | ) | |

### REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Please enter the default of the defendant EDNA McGRATH for failure to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a) as appears from the sworn declaration of Charles H. Keen, attached hereto.

DATED: July 10, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Assistant United States Attorney
Delaware Bar No. 3852
P.O. Box 2046
Wilmington, Delaware 19899

_____
CHARLES H. KEEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6536

1778500.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-00205 |
| ) | |
| THOMAS R. McGRATH and ) | |
| EDNA McGRATH, ) | |
| ) | |
| Defendants. ) | |

### DEFAULT

The defendant, EDNA McGRATH, having failed to appear, plead, or otherwise defend in this action, a

DEFAULT is hereby entered against the defendant, EDNA McGRATH, pursuant to Fed. R. Civ. P. 55(a).

Dated this ____ day of _____, 2006.

Peter T. Dalleo
Clerk


By: _____
Deputy Clerk

1613177.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-205 |
| ) | |
| THOMAS R. MCGRATH, and ) | |
| EDNA MCGRATH ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 11th day of July, 2006, I caused to be electronically filed a **Request To Enter Default and Declaration of Charles H. Keen** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was mailed via first class mail to:

Thomas McGrath
Edna McGrath
611 Fallon Drive
Wilmington, DE 19804

/s/  Marie Steel
Marie Steel
Legal Assistant