IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-205 JJF |
| THOMAS R. McGRATH and EDNA McGRATH, | : |
| Defendants. | : |

### CLERK'S ENTRY OF DEFAULT

And now to wit this 18th day of September 2006, the Plaintiff, United States of America, has filed a Request To Enter Default against defendants, Thomas R. McGrath and Edna McGrath(D.I. 4).

It appearing from the Declaration (D.I. 3) of Charles H. Keen, Esquire, that service was effectuated in accordance with Federal Rule of Civil Procedure 4(e)(2) and the above named defendants have not answered or otherwise moved with respect to the complaint.

Therefore, **IT IS ORDERED,** in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiff and against Defendants, Thomas R. McGrath and Edna McGrath.

Peter T. Dalleo, Clerk

By *Deborah A. Krett*
Deputy Clerk