# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-205  JJF |
| | ) | |
| THOMAS R. McGRATH and | ) | |
| EDNA McGRATH, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO ALLOW DEPARTMENT OF JUSTICE ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL

For purposes of this matter, the United States is represented by Assistant United States Attorney Douglas E. McCann, Office of the United States Attorney for the District of Delaware, and trial attorney Michael J. Martineau, United States Department of Justice, Tax Division, Washington, D.C.

For efficiency and convenience, the United States respectfully requests that trial attorney Martineau be permitted to appear and file pleadings, motions, and other case-related documents via the Court's electronic case filing system independently from the United States Attorney's office. Assistant United States Attorney McCann will remain as local counsel for the case and should continue to receive notices of case-related filings.

2856078.1

Respectfully submitted,


COLM F. CONNOLLY
United States Attorney


By:    /s/ Douglas E. McCann
       Douglas E. McCann
       Assistant United States Attorney
       Delaware Bar ID No. 3852
       The Nemours Building
       1007 Orange Street, Suite 700
       P.O. Box 2046
       Wilmington, Delaware 19899-2046
       douglas.mccann@usdoj.gov
       Telephone: (302) 573-6277


       MICHAEL J. MARTINEAU
       DC Bar # 384772
       Trial Attorney, Tax Division
       U.S. Department of Justice
       Post Office Box 227
       Washington, D.C.  20044
       michael.j.martineau@usdoj.gov
       Telephone: (202) 307-6536


Dated: November 21, 2007.


IT IS SO ORDERED this ___ day of _____ , 2007, at Wilmington, Delaware.


_____
UNITED STATES DISTRICT JUDGE

2856078.1