## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 06-205  JJF |
| | ) |
| THOMAS R. McGRATH and | ) |
| EDNA McGRATH, | ) |
| | ) |
| Defendants. | ) |

### MOTION TO ALLOW DEPARTMENT OF JUSTICE
### ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL

For purposes of this matter, the United States is represented by Assistant United States Attorney Douglas E. McCann, Office of the United States Attorney for the District of Delaware, and trial attorney Michael J. Martineau, United States Department of Justice, Tax Division, Washington, D.C.

For efficiency and convenience, the United States respectfully requests that trial attorney Martineau be permitted to appear and file pleadings, motions, and other case-related documents via the Court's electronic case filing system independently from the United States Attorney's office. Assistant United States Attorney McCann will remain as local counsel for the case and should continue to receive notices of case-related filings.

2856078.1

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney


By:   /s/ Douglas E. McCann
      Douglas E. McCann
      Assistant United States Attorney
      Delaware Bar ID No. 3852
      The Nemours Building
      1007 Orange Street, Suite 700
      P.O. Box 2046
      Wilmington, Delaware 19899-2046
      douglas.mccann@usdoj.gov
      Telephone: (302) 573-6277


      MICHAEL J. MARTINEAU
      DC Bar # 384772
      Trial Attorney, Tax Division
      U.S. Department of Justice
      Post Office Box 227
      Washington, D.C. 20044
      michael.j.martineau@usdoj.gov
      Telephone: (202) 307-6536


Dated: November 21, 2007.

IT IS SO ORDERED this 28 day of November, 2007, at Wilmington, Delaware.


                                          _____
                                          UNITED STATES DISTRICT JUDGE