## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
    )
        Plaintiff,    )
    )
    v.    )    Civil Action No. 06-205  JJF
    )
THOMAS R. McGRATH and    )
EDNA McGRATH,    )
    )
        Defendants.    )

### UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT

The plaintiff, the United States of America, by and through its undersigned attorneys, and pursuant to Fed.R.Civ.P. 55, requests the Court to enter a default judgment in favor of the United States of America and against defendants Thomas R. McGrath and Edna McGrath, jointly and severally, and against Thomas R. McGrath, individually.

As grounds for this motion, the United States asserts that, on September 18, 2006, the Clerk entered defaults against defendants Thomas R. McGrath and Edna McGrath for failing to plead or otherwise defend, pursuant to Fed.R.Civ.P. 55(a). The defendants, Thomas R. McGrath and Edna McGrath, are indebted jointly and severally to the United States for unpaid joint federal income taxes, and statutory additions, for the years 1990, 1994, 1996, and 1997, as of October 22, 2007, in the total amount of $ 85,844.34, plus statutory additions accruing thereon according to law from October 22, 2007. Defendant Thomas R. McGrath is indebted to the United States individually for unpaid Form 941 (employment) taxes, and statutory additions, due and owing by Thomas R. McGrath Plumbing and Heating Company for the third quarter of 1996, the second, third and fourth quarters of 1997, the first, second, and fourth quarters of 1998, and the first and

second quarters of 1999, as of November 26, 2007, in the total amount of $ 26,593.88, plus statutory additions accruing thereon according to law from November 26, 2007.

Furthermore, the United States has valid and existing liens against all property and rights to property owned by the defendants, Thomas R. McGrath and Edna McGrath, including the real property located at 325 A Cedar Neck, Ocean View, Sussex County, Delaware. The United States is entitled to an order ordering that the Federal tax liens of the United States be foreclosed against all property and rights to property owned by Thomas R. McGrath and Edna McGrath, including the real property located at 325 A Cedar Neck, Ocean View, Sussex County, Delaware, and that said property be sold in accordance with the law and practice of this Court, as provided for in the Attached Final Order And Judgment.

A memorandum of law and the Affidavit Of Michael J. Martineau is being filed with this motion and is being served concurrently herewith. A proposed Final Order And Judgment is also being filed with this motion and is being served concurrently herewith.

DATE: May 12, 2008.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:    /s/ Michael J. Martineau
       MICHAEL J. MARTINEAU
       DC Bar # 384772
       Trial Attorney, Tax Division
       U.S. Department of Justice
       Post Office Box 227
       Washington, D.C.  20044
       michael.j.martineau@usdoj.gov
       Telephone: (202) 307-6536

1967245.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT has been made on this 12th day of May, 2008, by placing a true and correct copies thereof in the United States mail, postage prepaid, and properly addressed to the following:

Thomas R. McGrath
Edna McGrath
611 Fallon Drive
Wilmington, Delaware 19804

/s/ Michael J. Martineau
MICHAEL J. MARTINEAU

1967245.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-CV-00205 |
| | ) |
| THOMAS R. McGRATH and | ) |
| EDNA McGRATH, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF MICHAEL J. MARTINEAU

I, Michael J. Martineau, deposes and states as follows:

1.      I am the trial attorney for the Tax Division of the U.S. Department of Justice in Washington, D.C, recently reassigned this case from the previous trial attorney, Charles Keen.

2.      As the trial attorney, I am in possession of the administrative file pertaining to the Form 1040, joint Federal income tax liabilities of the defendants, Thomas R. McGrath and Edna McGrath, and the Form 941 employment tax liabilities of the defendant, Thomas R. McGrath d/b/a Thomas R. McGrath Plumbing & Heating Co., at issue in this suit.

3.      The administrative file contains, *inter alia*, the transcript of account maintained by the Internal Revenue Service reflecting the Form 1040, joint Federal income tax liabilities of the defendants, Thomas R. McGrath and Edna McGrath, and Form 941 employment tax liabilities of the defendant, Thomas R. McGrath, at issue in this case. A true and correct copy of the transcript of account setting forth the tax liabilities of the defendants is attached hereto as Exhibit A.

4.      The transcript of account described in paragraph 3, above, reflects that defendants Thomas R. McGrath and Edna McGrath are indebted jointly and severally to the United States for unpaid joint Federal income taxes, and statutory additions, for the years 1990, 1994, 1996,

3264781 1

and 1997, as of October 22, 2007, in the total amount of $ 85,844.34, plus statutory additions accruing thereon according to law from October 22, 2007.

5.    The transcript of account described in paragraph 3, above, reflects that defendant Thomas R. McGrath, individually, is indebted to the United States individually for unpaid Form 941 (employment) taxes, and statutory additions, for the third quarter of 1996, the second, third and fourth quarters of 1997, the first, second, and fourth quarters of 1998, and the first and second quarters of 1999, as of November 26, 2007, in the total amount of $ 26,593.88, plus statutory additions accruing thereon according to law from November 26, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2008. 28 U.S.C. § 1746(2).

/s/ Michael J. Martineau
MICHAEL J. MARTINEAU

2                                                      326478l.1

AFFIDAVIT OF MICHAEL J. MARTINEAU

EXHIBIT A

LITERAL TRANSCRIPT OF ACCOUNT

PAGE NO-0001                                    IRS EMPLOYEE 2335125984

DATE REQUESTED 11-13-2007                       PRINT DATE 11-13-2007

FORM NUMBER: 1040                               TAX PERIOD: DEC  1990

              TAXPAYER IDENTIFICATION NUMBER.
        ** SPOUSE TAXPAYER IDENTIFICATION NUMBER:

        THOMAS R & EDNA MCGRATH

                                    -           BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

        ACCOUNT BALANCE:          8,359.37
        ACCRUED INTEREST:        10,898.41   AS OF 10-22-2007
        ACCRUED PENALTY:             0.00   AS OF 10-22-2007

        ACCOUNT BALANCE
           PLUS ACCRUALS:        19,257.78

** EXEMPTIONS: 04                  **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME:        32,138.00
** TAXABLE INCOME:               18,488.00
   TAX PER RETURN:                7,709.00
** SE TAXABLE INCOME TAXPAYR:    32,275.00
** SE TAXABLE INCOME SPOUSE:         0.00
** TOTAL SELF EMPLOY TAX:        4,938.00

** PER RETURN OR AS ADJUSTED

11-19-1996 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
02-03-1997 PROCESSING DATE

                            TRANSACTIONS

                                                   MONEY AMOUNT
CODE               EXPLANATION            DATE     (IF APPLICABLE)
 150 RETURN FILED AND TAX ASSESSED      02-03-1997        7,709.00
     28221-349-08600-6
 460 EXTENSION OF TIME TO FILE          04-15-1991
     EXT. DATE  08-15-1991
 673 SUBSEQUENT PAYMENT                 04-15-1991        1,000.00-
 672 SUBSEQUENT PAYMENT CORRECTED       04-15-1991        1,000.00
 176 ESTIMATED TAX PENALTY              02-03-1997          507.57
     19970408
 166 LATE FILING PENALTY                02-03-1997        1,734.53
     19970408
 276 FAILURE TO PAY TAX PENALTY         02-03-1997        1,927.25
     19970408
 196 INTEREST ASSESSED                  02-03-1997        5,833.87
     19970408
 560 ASSESSMENT STATUTE EXPIR           02-06-1997
     DATE EXTEND TO 11-19-1999
 670 SUBSEQUENT PAYMENT                 04-15-1991        1,000.00-

PAGE NO-0002                                                IRS EMPLOYEE 2335125984

```
167 LATE FILING PENALTY ABATED                     03-03-1997        225.00-
277 FAILURE TO PAY TAX PENALTY ABATED              03-03-1997        250.00-
197 INTEREST ABATED                                03-03-1997        649.50-
300 ADDITIONAL TAX ASSESSED BY EXAMINATION         04-07-1997          0.00
    28247-476-00097-7  19971308
582 FEDERAL TAX LIEN                               08-11-1997
360 FEES AND COLLECTION COSTS                      09-01-1997         35.00
670 SUBSEQUENT PAYMENT                             04-08-1998        171.62-
    MISCELLANEOUS PAYMENT
670 SUBSEQUENT PAYMENT                             04-21-1998      6,332.18-
    LEVY
670 SUBSEQUENT PAYMENT                             01-04-1999        599.25-
    LEVY
670 SUBSEQUENT PAYMENT                             01-05-1999        208.30-
    LEVY
971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE   03-09-1999
    RETURN RECEIPT SIGNED
971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE   03-09-1999
    RETURN RECEIPT SIGNED
971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE   03-15-1999
    LEVY NOTICE ISSUED
520 LEGAL/BANKRUPTCY SUIT    PENDING               03-29-2001
520 LEGAL/BANKRUPTCY SUIT    PENDING               03-28-2006
582 FEDERAL TAX LIEN                               05-19-2006
360 FEES AND COLLECTION COSTS                      06-19-2006         48.00
```

PAGE NO-0001                                          IRS EMPLOYEE 2335125984

DATE REQUESTED 11-13-2007                             PRINT DATE 11-13-2007

FORM NUMBER: 1040                                    TAX PERIOD: DEC  1994

              TAXPAYER IDENTIFICATION NUMBER:
        ** SPOUSE TAXPAYER IDENTIFICATION NUMBER:

      THOMAS R & EDNA MCGRATH

                                      -           BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

      ACCOUNT BALANCE:          11,684.02
      ACCRUED INTEREST:         13,427.00   AS OF 10-22-2007
       ACCRUED PENALTY:            761.63   AS OF 10-22-2007

      ACCOUNT BALANCE
         PLUS ACCRUALS:         25,872.65


** EXEMPTIONS: 04                    **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME:      38,871.00
** TAXABLE INCOME:             20,117.00
   TAX PER RETURN:              6,277.00
** SE TAXABLE INCOME TAXPAYR: 38,592.00
** SE TAXABLE INCOME SPOUSE:       0.00
** TOTAL SELF EMPLOY TAX:      5,905.00

** PER RETURN OR AS ADJUSTED

07-23-1997 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
09-22-1997 PROCESSING DATE

                              TRANSACTIONS

                                                    MONEY AMOUNT
CODE                EXPLANATION              DATE   (IF APPLICABLE)
 150 RETURN FILED AND TAX ASSESSED        09-22-1997       6,277.00
     28221-235-79129-7
 460 EXTENSION OF TIME TO FILE            04-15-1995
     EXT. DATE  08-15-1995
 670 SUBSEQUENT PAYMENT                   04-15-1995       2,000.00-
 170 ESTIMATED TAX PENALTY                09-22-1997         323.00
     19973708
 166 LATE FILING PENALTY                  09-22-1997         962.33
     19973708
 276 FAILURE TO PAY TAX PENALTY           09-22-1997         641.55
     19973708
 196 INTEREST ASSESSED                    09-22-1997       1,244.98
     19973708
 560 ASSESSMENT STATUTE EXPIR             10-21-1997
     DATE EXTEND TO 07-23-2000
 582 FEDERAL TAX LIEN                     05-18-1998
 360 FEES AND COLLECTION COSTS            06-08-1998          35.00

PAGE NO-0002                                          IRS EMPLOYEE 2335125984

```
270  FAILURE TO PAY TAX PENALTY                  08-03-1998            327.81
170  ESTIMATED TAX PENALTY                        08-03-1998             66.78
     19982908
160  LATE FILING PENALTY                          08-03-1998            595.57
     19982908
240  MISCELLANEOUS PENALTY                        08-03-1998            528.00
     28247-594-00197-8  19982908
     IRC 6662(e) ACCURACY PENALTY
300  ADDITIONAL TAX ASSESSED BY EXAMINATION       08-03-1998          2,647.00
     28247-594-00197-8  19982908
971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE 03-09-1999
     RETURN RECEIPT SIGNED
971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE 03-09-1999
     RETURN RECEIPT SIGNED
290  ADDITIONAL TAX ASSESSED                      04-12-1999              0.00
     28254-483-07085-9  19991308
971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE 03-15-1999
     LEVY NOTICE ISSUED
520  LEGAL/BANKRUPTCY SUIT     PENDING            03-29-2001
582  FEDERAL TAX LIEN                             03-26-2001
360  FEES AND COLLECTION COSTS                    04-16-2001             35.00
520  LEGAL/BANKRUPTCY SUIT     PENDING            03-28-2006
```

PAGE NO-0001                                    IRS EMPLOYEE 2335125984

DATE REQUESTED 11-13-2007                       PRINT DATE 11-13-2007

FORM NUMBER: 1040A                              TAX PERIOD: DEC  1996

                TAXPAYER IDENTIFICATION NUMBER:
        ** SPOUSE TAXPAYER IDENTIFICATION NUMBER:

        THOMAS R & EDNA MCGRATH

                                    -           BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

        ACCOUNT BALANCE:         9,130.66
        ACCRUED INTEREST:        7,597.76  AS OF 10-22-2007
        ACCRUED PENALTY:           903.34  AS OF 10-22-2007

        ACCOUNT BALANCE
            PLUS ACCRUALS:      17,631.76

** EXEMPTIONS: 04                    **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME:     33,673.00
** TAXABLE INCOME:            16,614.00
    TAX PER RETURN:                0.00
** SE TAXABLE INCOME TAXPAYR: 34,862.00
** SE TAXABLE INCOME SPOUSE:       0.00
** TOTAL SELF EMPLOY TAX:      5,334.00

** PER RETURN OR AS ADJUSTED

04-20-1998 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
06-29-1998 PROCESSING DATE

                            TRANSACTIONS

                                                        MONEY AMOUNT
CODE                EXPLANATION                 DATE    (IF APPLICABLE)
 150 NO RETURN FILED SUBSTITUTE FOR RETURN   06-29-1998          0.00
     28210-143-00520-8
 460 EXTENSION OF TIME TO FILE               04-15-1997
     EXT. DATE   08-15-1997
 670 SUBSEQUENT PAYMENT                      04-15-1997      2,000.00-
 560 ASSESSMENT STATUTE EXPIR                09-08-1998
     DATE EXTEND TO 04-20-2001
 170 ESTIMATED TAX PENALTY                   11-09-1998        378.96
     19984308
 160 LATE FILING PENALTY                     11-09-1998      1,311.30
     19984308
 300 ADDITIONAL TAX ASSESSED BY EXAMINATION  11-09-1998      7,828.00
     28247-693-00089-8  19984308
 977 AMENDED RETURN FILED                    04-20-1998          0.00
     52277-693-06702-8
 336 INTEREST ASSESSED                       11-09-1998        988.74
     19984308

PAGE NO-0002                                              IRS EMPLOYEE 2335125984

```
276  FAILURE TO PAY TAX PENALTY                11-09-1998          553.66
290  ADDITIONAL TAX ASSESSED                   11-16-1998            0.00
     28254-693-05788-8   19984408
582  FEDERAL TAX LIEN                          01-11-1999
360  FEES AND COLLECTION COSTS                 02-08-1999           17.00
971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  03-09-1999
     RETURN RECEIPT SIGNED
971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  03-09-1999
     RETURN RECEIPT SIGNED
360  FEES AND COLLECTION COSTS                 02-07-2000           53.00
971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  03-15-1999
     LEVY NOTICE ISSUED
520  LEGAL/BANKRUPTCY SUIT      PENDING        03-29-2001
520  LEGAL/BANKRUPTCY SUIT      PENDING        03-28-2006
```

PAGE NO-0001                                            IRS EMPLOYEE 2335125984

DATE REQUESTED 11-13-2007                               PRINT DATE 11-13-2007

FORM NUMBER: 1040                                       TAX PERIOD: DEC  1997

                    TAXPAYER IDENTIFICATION NUMBER:
            ** SPOUSE TAXPAYER IDENTIFICATION NUMBER:

        THOMAS R & EDNA MCGRATH

                                        -             BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

        ACCOUNT BALANCE:         10,820.14
        ACCRUED INTEREST:         9,725.21   AS OF 10-22-2007
        ACCRUED PENALTY:          2,536.80   AS OF 10-22-2007

        ACCOUNT BALANCE
            PLUS ACCRUALS:       23,082.15


** EXEMPTIONS: 04                       **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME:       43,670.00
** TAXABLE INCOME:              22,864.00
   TAX PER RETURN:              10,570.00
** SE TAXABLE INCOME TAXPAYR:   46,657.00
** SE TAXABLE INCOME SPOUSE:         0.00
** TOTAL SELF EMPLOY TAX:        7,139.00

** PER RETURN OR AS ADJUSTED

04-15-1998 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
06-01-1998 PROCESSING DATE

                            TRANSACTIONS

                                                        MONEY AMOUNT
CODE                EXPLANATION                 DATE    (IF APPLICABLE)
 150 RETURN FILED AND TAX ASSESSED           06-01-1998      10,570.00
     28221-124-76039-8
 276 FAILURE TO PAY TAX PENALTY              06-01-1998         105.70
     19982008
 196 INTEREST ASSESSED                       06-01-1998         109.44
     19982008
 582 FEDERAL TAX LIEN                        10-05-1998
 360 FEES AND COLLECTION COSTS               10-26-1998          35.00
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  03-09-1999
     RETURN RECEIPT SIGNED
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  03-09-1999
     RETURN RECEIPT SIGNED
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  03-15-1999
     LEVY NOTICE ISSUED
 520 LEGAL/BANKRUPTCY SUIT      PENDING       03-29-2001
 520 LEGAL/BANKRUPTCY SUIT      PENDING       03-28-2006

PAGE NO-0001                                                IRS EMPLOYEE 2335125984

DATE REQUESTED 11-13-2007                              PRINT DATE 11-13-2007

FORM NUMBER: 941                                        TAX PERIOD: DEC  1996

                    TAXPAYER IDENTIFICATION NUMBER:

        THOMAS R MCGRATH
        THOMAS R MCGRATH PLMBING & HTNG CO
        611 FALLON AVE
        WILMINGTON              DE 19804-2111-111          BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

        ACCOUNT BALANCE:          2,748.03
        ACCRUED INTEREST:         1,814.97   AS OF 11-26-2007
        ACCRUED PENALTY:             85.50   AS OF 11-26-2007

        ACCOUNT BALANCE
           PLUS ACCRUALS:         4,648.50

   TAX PER TAXPAYER:             1,425.00

01-13-1999 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
03-20-2000 PROCESSING DATE

                            TRANSACTIONS

                                                        MONEY AMOUNT
CODE              EXPLANATION                 DATE     (IF APPLICABLE)
 150 RETURN FILED AND TAX ASSESSED         03-20-2000         1,425.00
     28141-043-25301-0
 166 LATE FILING PENALTY                   01-31-1997           320.63
     20001008
 186 FEDERAL TAX DEPOSIT PENALTY           03-20-2000           142.50
     20001008
 276 FAILURE TO PAY TAX PENALTY            03-20-2000           270.75
     20001008
 196 INTEREST ASSESSED                     03-20-2000           517.90
     20001008
 186 FEDERAL TAX DEPOSIT PENALTY           04-24-2000            71.25
     20001508
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  06-22-2000
     LEVY NOTICE ISSUED
 582 FEDERAL TAX LIEN                      06-26-2000
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  08-17-2000
     COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED
 520 LEGAL/BANKRUPTCY SUIT     PENDING     03-29-2001

PAGE NO-0001                                          IRS EMPLOYEE 2335125984

DATE REQUESTED 11-13-2007                            PRINT DATE 11-13-2007

FORM NUMBER: 941                                     TAX PERIOD: JUNE 1997

                        TAXPAYER IDENTIFICATION NUMBER:

        THOMAS R MCGRATH
        THOMAS R MCGRATH PLMBING & HTNG CO
        611 FALLON AVE
        WILMINGTON              DE 19804-2111-111         BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

        ACCOUNT BALANCE:         2,409.19
        ACCRUED INTEREST:        1,615.65   AS OF 11-26-2007
        ACCRUED PENALTY:             0.00   AS OF 11-26-2007

        ACCOUNT BALANCE
            PLUS ACCRUALS:       4,024.84

     TAX PER TAXPAYER:           1,425.00

01-13-1999 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
02-21-2000 PROCESSING DATE

                            TRANSACTIONS

                                                          MONEY AMOUNT
CODE                   EXPLANATION                 DATE   (IF APPLICABLE)
 150 SUBSTITUTE FOR RETURN                     02-21-2000      1,425.00
     28141-022-15715-0
 166 LATE FILING PENALTY                       07-31-1997        356.25
     20000608
 186 FEDERAL TAX DEPOSIT PENALTY               02-21-2000        142.50
     20000608
 196 INTEREST ASSESSED                         02-21-2000        414.19
     20000608
 186 FEDERAL TAX DEPOSIT PENALTY               03-27-2000         71.25
     20001108
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  06-22-2000
     LEVY NOTICE ISSUED
 582 FEDERAL TAX LIEN                           06-26-2000
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  08-17-2000
     COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED
 520 LEGAL/BANKRUPTCY SUIT     PENDING          03-29-2001
 520 LEGAL/BANKRUPTCY SUIT     PENDING          03-28-2006

```
PAGE NO-0001                                    IRS EMPLOYEE 2335125984

DATE REQUESTED 11-13-2007                       PRINT DATE 11-13-2007

FORM NUMBER: 941                                TAX PERIOD: SEPT 1997
```

TAXPAYER IDENTIFICATION NUMBER:

```
    THOMAS R MCGRATH
    THOMAS R MCGRATH PLMBING & HTNG CO
    611 FALLON AVE
    WILMINGTON              DE 19804-2111-111        BODC-SB BODCLC-V
```

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

```
    ACCOUNT BALANCE:        2,359.94
    ACCRUED INTEREST:       1,582.63    AS OF 11-26-2007
    ACCRUED PENALTY:            0.00    AS OF 11-26-2007

    ACCOUNT BALANCE
       PLUS ACCRUALS:       3,942.57


  TAX PER TAXPAYER:         1,425.00
```

01-13-1999 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
02-21-2000 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|------|-------------|------|------------------------------|
| 150 | SUBSTITUTE FOR RETURN 28141-022-15716-0 | 02-21-2000 | 1,425.00 |
| 166 | LATE FILING PENALTY 20000608 | 10-31-1997 | 356.25 |
| 186 | FEDERAL TAX DEPOSIT PENALTY 20000608 | 02-21-2000 | 142.50 |
| 196 | INTEREST ASSESSED 20000608 | 02-21-2000 | 364.94 |
| 186 | FEDERAL TAX DEPOSIT PENALTY 20001108 | 03-27-2000 | 71.25 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | 06-22-2000 | |
| 582 | FEDERAL TAX LIEN | 06-26-2000 | |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | 08-17-2000 | |
| 520 | LEGAL/BANKRUPTCY SUIT    PENDING | 03-29-2001 | |
| 520 | LEGAL/BANKRUPTCY SUIT    PENDING | 03-28-2006 | |

PAGE NO-0001                                           IRS EMPLOYEE 2335125984

DATE REQUESTED 11-13-2007                              PRINT DATE 11-13-2007

FORM NUMBER: 941                                       TAX PERIOD: DEC  1997

              TAXPAYER IDENTIFICATION NUMBER:

     THOMAS R MCGRATH
     THOMAS R MCGRATH PLMBING & HTNG CO
     611 FALLON AVE
     WILMINGTON            DE 19804-2111-111          BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

     ACCOUNT BALANCE:        2,311.84
     ACCRUED INTEREST:       1,550.36   AS OF 11-26-2007
      ACCRUED PENALTY:           0.00   AS OF 11-26-2007

     ACCOUNT BALANCE
        PLUS ACCRUALS:       3,862.20


   TAX PER TAXPAYER:         1,425.00

01-13-1999 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
02-21-2000 PROCESSING DATE

                           TRANSACTIONS

                                                        MONEY AMOUNT
CODE              EXPLANATION                  DATE    (IF APPLICABLE)
 150 SUBSTITUTE FOR RETURN                  02-21-2000       1,425.00
     28141-022-15711-0
 166 LATE FILING PENALTY                    01-31-1998         356.25
     20000608
 186 FEDERAL TAX DEPOSIT PENALTY            02-21-2000         142.50
     20000608
 196 INTEREST ASSESSED                      02-21-2000         316.84
     20000608
 186 FEDERAL TAX DEPOSIT PENALTY            03-27-2000          71.25
     20001108
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  06-22-2000
     LEVY NOTICE ISSUED
 582 FEDERAL TAX LIEN                       06-26-2000
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  08-17-2000
     COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED
 520 LEGAL/BANKRUPTCY SUIT     PENDING      03-29-2001
 520 LEGAL/BANKRUPTCY SUIT     PENDING      03-28-2006

PAGE NO-0001                                              IRS EMPLOYEE 2335125984

DATE REQUESTED 11-13-2007                              PRINT DATE 11-13-2007

FORM NUMBER: 941                                       TAX PERIOD: MAR  1998

                    TAXPAYER IDENTIFICATION NUMBER:

        THOMAS R MCGRATH
        THOMAS R MCGRATH PLMBING & HTNG CO
        611 FALLON AVE
        WILMINGTON            DE 19804-2111-111          BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

        ACCOUNT BALANCE:           116.65
        ACCRUED INTEREST:           93.11   AS OF 11-26-2007
         ACCRUED PENALTY:            0.00   AS OF 11-26-2007

        ACCOUNT BALANCE
           PLUS ACCRUALS:          209.76

    TAX PER TAXPAYER:            1,311.86

07-17-1998 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
08-24-1998 PROCESSING DATE

                            TRANSACTIONS

                                                           MONEY AMOUNT
CODE                  EXPLANATION                  DATE    (IF APPLICABLE)
 150 RETURN FILED AND TAX ASSESSED             08-24-1998        1,311.86
     28141-201-02512-8
 650 FEDERAL TAX DEPOSIT                        02-09-1998         357.00-
 650 FEDERAL TAX DEPOSIT                        03-16-1998         477.00-
 610 PAYMENT WITH RETURN                        07-17-1998         477.86-
 166 LATE FILING PENALTY                        04-30-1998          64.51
     19983208
 276 FAILURE TO PAY TAX PENALTY                 08-24-1998           7.17
     19983208
 196 INTEREST ASSESSED                          08-24-1998           9.97
     19983208
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  06-22-2000
     LEVY NOTICE ISSUED
 582 FEDERAL TAX LIEN                           06-26-2000
 360 FEES AND COLLECTION COSTS                  07-24-2000          35.00
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  08-17-2000
     COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED
 520 LEGAL/BANKRUPTCY SUIT      PENDING         03-29-2001
 520 LEGAL/BANKRUPTCY SUIT      PENDING         03-28-2006

```
PAGE NO-0001                                    IRS EMPLOYEE 2335125984

DATE REQUESTED 11-13-2007                       PRINT DATE 11-13-2007

FORM NUMBER: 941                                TAX PERIOD: JUNE 1998

              TAXPAYER IDENTIFICATION NUMBER:

         THOMAS R MCGRATH
         THOMAS R MCGRATH PLMBING & HTNG CO
         611 FALLON AVE
         WILMINGTON            DE 19804-2111-111        BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

         ACCOUNT BALANCE:       143.11
         ACCRUED INTEREST:      125.81   AS OF 11-26-2007
         ACCRUED PENALTY:         0.00   AS OF 11-26-2007

         ACCOUNT BALANCE
            PLUS ACCRUALS:      268.92


     TAX PER TAXPAYER:        1,431.12

07-31-1998 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
08-24-1998 PROCESSING DATE

                            TRANSACTIONS
                                                      MONEY AMOUNT
CODE                EXPLANATION                DATE   (IF APPLICABLE)
 150 RETURN FILED AND TAX ASSESSED          08-24-1998      1,431.12
     28141-199-41433-8
 610 PAYMENT WITH RETURN                     07-20-1998      1,431.12-
 186 FEDERAL TAX DEPOSIT PENALTY             08-24-1998        143.11
     19983208
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  06-22-2000
     LEVY NOTICE ISSUED
 582 FEDERAL TAX LIEN                         06-26-2000
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  08-17-2000
     COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED
 520 LEGAL/BANKRUPTCY SUIT     PENDING        03-29-2001
 520 LEGAL/BANKRUPTCY SUIT     PENDING        03-28-2006
```

PAGE NO-0001                                    IRS EMPLOYEE 2335125984

DATE REQUESTED 11-13-2007                       PRINT DATE 11-13-2007

FORM NUMBER: 941                                TAX PERIOD: DEC  1998

                     TAXPAYER IDENTIFICATION NUMBER:

        THOMAS R MCGRATH
        THOMAS R MCGRATH PLMBING & HTNG CO
        611 FALLON AVE
        WILMINGTON          DE 19804-2111-111        BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

        ACCOUNT BALANCE:        1,761.98
        ACCRUED INTEREST:       1,181.38  AS OF 11-26-2007
        ACCRUED PENALTY:            0.00  AS OF 11-26-2007

        ACCOUNT BALANCE
            PLUS ACCRUALS:      2,943.36


     TAX PER TAXPAYER:          1,425.00

01-31-1999 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
02-21-2000 PROCESSING DATE

                              TRANSACTIONS

                                                          MONEY AMOUNT
CODE                  EXPLANATION                 DATE    (IF APPLICABLE)
 150 SUBSTITUTE FOR RETURN                     02-21-2000      1,425.00
     28141-022-15712-0
 186 FEDERAL TAX DEPOSIT PENALTY               02-21-2000        142.50
     20000608
 196 INTEREST ASSESSED                         02-21-2000        123.23
     20000608
 186 FEDERAL TAX DEPOSIT PENALTY               03-27-2000         71.25
     20001108
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  06-22-2000
     LEVY NOTICE ISSUED
 582 FEDERAL TAX LIEN                           06-26-2000
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  08-17-2000
     COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED
 520 LEGAL/BANKRUPTCY SUIT     PENDING          03-29-2001
 520 LEGAL/BANKRUPTCY SUIT     PENDING          03-28-2006

```
PAGE NO-0001                                    IRS EMPLOYEE 2335125984

DATE REQUESTED 11-13-2007                       PRINT DATE 11-13-2007

FORM NUMBER: 941                                TAX PERIOD: MAR  1999

          TAXPAYER IDENTIFICATION NUMBER:          3

     THOMAS R MCGRATH
     THOMAS R MCGRATH PLMBING & HTNG CO
     611 FALLON AVE
     WILMINGTON            DE 19804-2111-111       BODC-SB BODCLC-V
```

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

```
     ACCOUNT BALANCE:          1,734.54
     ACCRUED INTEREST:         1,162.99   AS OF 11-26-2007
      ACCRUED PENALTY:             0.00   AS OF 11-26-2007

     ACCOUNT BALANCE
        PLUS ACCRUALS:         2,897.53


   TAX PER TAXPAYER:           1,425.00
```

04-30-1999 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
02-21-2000 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | SUBSTITUTE FOR RETURN<br>28141-022-15713-0 | 02-21-2000 | 1,425.00 |
| 186 | FEDERAL TAX DEPOSIT PENALTY<br>20000608 | 02-21-2000 | 142.50 |
| 196 | INTEREST ASSESSED<br>20000608 | 02-21-2000 | 95.79 |
| 186 | FEDERAL TAX DEPOSIT PENALTY<br>20001108 | 03-27-2000 | 71.25 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE<br>LEVY NOTICE ISSUED | 06-22-2000 | |
| 582 | FEDERAL TAX LIEN | 06-26-2000 | |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE<br>COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | 08-17-2000 | |
| 520 | LEGAL/BANKRUPTCY SUIT    PENDING | 03-29-2001 | |
| 520 | LEGAL/BANKRUPTCY SUIT    PENDING | 03-28-2006 | |

```
PAGE NO-0001                                    IRS EMPLOYEE 2335125984

DATE REQUESTED 11-13-2007                       PRINT DATE 11-13-2007

FORM NUMBER: 941                                TAX PERIOD: JUNE 1999

          TAXPAYER IDENTIFICATION NUMBER:

     THOMAS R MCGRATH
     THOMAS R MCGRATH PLMBING & HTNG CO
     611 FALLON AVE
     WILMINGTON           DE 19804-2111-111        BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

     ACCOUNT BALANCE:         2,092.21
     ACCRUED INTEREST:        1,397.62  AS OF 11-26-2007
     ACCRUED PENALTY:           306.37  AS OF 11-26-2007

     ACCOUNT BALANCE
        PLUS ACCRUALS:        3,796.20


  TAX PER TAXPAYER:           1,425.00

01-13-2000 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
02-28-2000 PROCESSING DATE
```

### TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|------|-------------|------|------------------------------|
| 150 | RETURN FILED AND TAX ASSESSED 28141-022-15714-0 | 02-28-2000 | 1,425.00 |
| 166 | LATE FILING PENALTY 20000708 | 07-31-1999 | 320.63 |
| 186 | FEDERAL TAX DEPOSIT PENALTY 20000708 | 02-28-2000 | 142.50 |
| 276 | FAILURE TO PAY TAX PENALTY 20000708 | 02-28-2000 | 49.88 |
| 196 | INTEREST ASSESSED 20000708 | 02-28-2000 | 82.95 |
| 186 | FEDERAL TAX DEPOSIT PENALTY 20001208 | 04-03-2000 | 71.25 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | 06-22-2000 | |
| 582 | FEDERAL TAX LIEN | 06-26-2000 | |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | 08-17-2000 | |
| 520 | LEGAL/BANKRUPTCY SUIT      PENDING | 03-29-2001 | |
| 520 | LEGAL/BANKRUPTCY SUIT      PENDING | 03-28-2006 | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing AFFIDAVIT OF MICHAEL J.

MARTINEAU has been made on this 12th day of May, 2008, by placing a true and correct copies

thereof in the United States mail, postage prepaid, and properly addressed to the following:

> Thomas R. McGrath
> Edna McGrath
> 611 Fallon Drive
> Wilmington, Delaware 19804

/s/ Michael J. Martineau

_____

MICHAEL J. MARTINEAU

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-205  JJF |
| | ) | |
| THOMAS R. McGRATH and | ) | |
| EDNA McGRATH, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF UNITED STATES'
MOTION FOR ENTRY OF DEFAULT JUDGMENT**

This is a civil action in which the United States of America seeks to reduce to judgment joint Federal income tax assessments made against Thomas R. McGrath and Edna McGrath, and employment tax assessments made against Thomas R. McGrath, individually, to foreclose its Federal tax lien against real property owned by Thomas R. McGrath and Edna McGrath, and to sell said real property in accordance with the law and practice of this Court, with the proceeds of the sale to be distributed in accordance with the rights of the parties.

The United States filed the complaint on March 29, 2006. (Doc. # 1).

On September 18, 2006, the Clerk entered defaults against Thomas R. McGrath and Edna McGrath for failing to appear, plead, or otherwise defend under Fed.R.Civ.P. 55(a). (Doc. # 5).

As demonstrated by the accompanying Affidavit of Michael J. Martineau, Thomas R. McGrath and Edna McGrath are indebted, jointly and severally, to the United States for unpaid joint federal income taxes, and statutory additions, for the years 1990, 1994, 1996, and 1997, as of October 22, 2007, in the total amount of $ 85,844.34, plus statutory additions accruing thereon according to law from October 22, 2007. (Affidavit of Michael J. Martineau ¶ 4).

3265576.1

As demonstrated by the accompanying Affidavit of Michael J. Martineau, Thomas R. McGrath d/b/a Thomas R. McGrath Plumbing & Heating Co., individually, is indebted to the United States individually for unpaid Form 941 (employment) taxes, and statutory additions, for the third quarter of 1996, the second, third and fourth quarters of 1997, the first, second, and fourth quarters of 1998, and the first and second quarters of 1999, as of November 26, 2007, in the total amount of $ 26,593.88, plus statutory additions accruing thereon according to law from November 26, 2007. (Martineau Affid. ¶ 5).

Despite notice and demand for payment of the above described tax liabilities, Thomas R. McGrath and Edna McGrath have failed to pay over to the United States the amounts of the tax liabilities. Accordingly, federal tax liens arose as of the date of the tax assessments in favor of the United States and against Thomas R. McGrath and Edna McGrath. The United States has valid and existing liens against all property and rights to property owned by Thomas R. McGrath and Edna McGrath, including the real property located at 325 A Cedar Neck, Ocean View, Sussex County, Delaware. (Compl. ¶¶ 20 - 24).

The United States is entitled to judgment against Thomas R. McGrath and Edna McGrath in the amount of the unpaid tax liabilities, described above, and an order ordering that the Federal tax liens of the United States be foreclosed against all property and rights to property owned by Thomas R. McGrath and Edna McGrath, including the real property located at 325 A Cedar Neck, Ocean View, Sussex County, Delaware, and that said property be sold in accordance with the law and practice of this Court, either by the U.S. Marshal for the District of Delaware or by the Property Appraisal and Liquidation Service ("PALS") of the Internal Revenue Service, as

3265576.1

provided for in the attached Final Order And Judgment, with the proceeds of the sale to be distributed in accordance with the rights of the parties.

<u>CONCLUSION</u>

For the reasons stated above, the Court should grant the United States' Motion For Entry Of Default Judgment.

Date: May 12, 2008.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:    <u>/s/ Michael J. Martineau</u>
MICHAEL J. MARTINEAU
DC Bar # 384772
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
michael.j.martineau@usdoj.gov
Telephone: (202) 307-6536

3

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the foregoing MEMORANDUM IN

SUPPORT OF UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT on this

12th day of May, 2008, by placing true and correct copy thereof in the United States mail, postage

prepaid, and properly addressed to the following:

    Thomas R. McGrath
    Edna McGrath
    611 Fallon Drive
    Wilmington, Delaware 19804

    /s/ Michael J. Martineau
    MICHAEL J. MARTINEAU

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-205  JJF |
| | ) | |
| THOMAS R. McGRATH and | ) | |
| EDNA McGRATH, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL ORDER AND JUDGMENT**

Upon consideration of the United States' Motion For Entry Of Default Judgment Against

Defendants Thomas R. McGrath And Edna McGrath, and

The Court finding that good cause exists for the granting of said motion, it is

ORDERED that the United States' Motion For Entry Of Default Judgment be and hereby

is GRANTED; and it is further

ORDERED that JUDGMENT is entered in favor of the United States and against Thomas

R. McGrath and Edna McGrath, jointly and severally, for unpaid joint Federal income taxes, and

statutory additions, for the years 1990, 1994, 1996, and 1997, as of October 22, 2007, in the total

amount of $ 85,844.34, plus statutory additions accruing thereon according to law from October

22, 2007; and it is further

ORDERED that JUDGMENT is entered in favor of the United States and against Thomas

R. McGrath, individually, for unpaid Form 941 (employment) taxes, and statutory additions, for

the third quarter of 1996, the second, third and fourth quarters of 1997, the first, second, and

fourth quarters of 1998, and the first and second quarters of 1999, as of November 26, 2007, in

3265586.1

the total amount of $ 26,593.88, plus statutory additions accruing thereon according to law from November 26, 2007; and it is further

ORDERED that the United States has valid and existing liens against all property and rights to property owned by the defendants, Thomas R. McGrath and Edna McGrath, including the real property located at 325 A Cedar Neck, Ocean View, Sussex County, Delaware, with a legal description as follows:

a.    Certain real property commonly known as 325 A Cedar Neck, Ocean View, Delaware, and described in a deed filed on or about August 9, 1995 with the Recorder of Deeds for Sussex County, Delaware as follows:

> All that certain lot, piece or parcel of land in Baltimore
> Hundred, Sussex County, Delaware, which is known and
> designated as Lot Number 23, on the plot of lands of
> Martin E. Cox and Caroline S. Cox, which is of record in
> Plot Book Number 6, at page 8.  Said lot is on the side of
> a thirty foot (30') road and the rear property line is on a
> lagoon connecting to White Creek as will more fully and
> at large appear upon reference to the said plot which was
> prepared by Barry Bressler on May 31, 1996;

and it is further

ORDERED that the Federal tax liens of the United States are foreclosed against the real property owned by Thomas R. McGrath and Edna McGrath located at 325 A Cedar Neck, Ocean View, Sussex County, Delaware, and that said real property shall be turned over to the Internal

3265586.1

Revenue Service and sold free and clear of any interest therein of Thomas R. McGrath and Edna

McGrath by the Internal Revenue Service through the agency's Property Appraisal and

Liquidation Service, or by such representative as may be appointed or employed, in accordance

with Title 28, United States Code (U.S.C.), pursuant to any Order of Sale entered by this Court;

and it is further

ORDERED that the proceeds of the sale of said real property shall be distributed in the

following order:

a.    First, to the Internal Revenue Service, for the cost of the sale;

b.    Second, to the United States to be applied against the unpaid

joint Federal income taxes, and statutory additions, due and

owing by Thomas R. McGrath and Edna McGrath for the years

1990, 1994, 1996, and 1997;

c.    Any funds remaining after the distributions described in subparts

a and b shall be divided into two equal parts. The first part shall be

paid to the United States to be applied against the unpaid Form 941

(employment) taxes, and statutory additions, due and owing by

Thomas R. McGrath for the employment tax liabilities of Thomas

R. McGrath Plumbing and Heating Company for the third quarter

of 1996, the second, third and fourth quarters of 1997, the first,

second, and fourth quarters of 1998, and the first and second

quarters of 1999, and the second part to shall be distributed to

Edna McGrath, and

3265586.1

     d.      Fourth, any surplus of the sale proceeds from the property

              shall be distributed to Thomas R. McGrath and Edna McGrath;

and it is further

     ORDERED that the United States shall, within 30 days from the date the FINAL ORDER

AND JUDGMENT is entered on the docket, file with the Court a proposed Order directing the

sale of the subject real property; and it is further

     ORDERED that the Clerk shall enter judgment in favor of the United States accordingly

pursuant to Fed.R.Civ.P. 58; and it is further

     ORDERED that the Clerk shall serve a copy of this FINAL ORDER AND JUDGMENT

on the following:

> Thomas R. McGrath
> Edna McGrath
> 611 Fallon Drive
> Wilmington, Delaware 19804

     IT is so ORDERED.

     Dated:

_____
JOSEPH J. FARNAN, JR.
United States District Judge

4

3265586.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed FINAL ORDER

AND JUDGMENT has been made on May 12, 2008, by placing a true and correct copy thereof

in the United States mail, postage prepaid, and properly addressed to the following:

Thomas R. McGrath
Edna McGrath
611 Fallon Drive
Wilmington, Delaware 19804

/s/ Michael J. Martineau

MICHAEL J. MARTINEAU

3265586.1