IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-205-JJF |
| | ) |
| THOMAS R. McGRATH and | ) |
| EDNA McGRATH, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

PLEASE enter the appearance of First Assistant United States Attorney David C. Weiss as attorney of record, in place of Assistant United States Attorney Douglas E. McCann, on behalf of the United States of America in the above-captioned matter.

Respectfully submitted,

COLM F. CONNOLY
United States Attorney

David C. Weiss
First Assistant United States Attorney
Delaware Bar ID No. 2322
The Nemours Building
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
david.weiss@usdoj.gov
(302) 573-6277, ext. 124
(302) 573-6220 (fax)

                        MICHAEL J. MARTINEAU
                        DC Bar #384772
                        Trial Attorney, Tax Division
                        U.S. Department of Justice
                        Post Office Box 227
                        Washington, DC 20044
                        michael.j.martineau@usdoj.gov
                        Telephone: (202) 307-6536

DATED: May 16, 2008