IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-205 JJF |
| ) | |
| THOMAS R. McGRATH and ) | |
| EDNA McGRATH, ) | |
| ) | |
| Defendants. ) | |

**FINAL ORDER AND JUDGMENT**

Upon consideration of the United States' Motion For Entry Of Default Judgment Against Defendants Thomas R. McGrath And Edna McGrath, and

The Court finding that good cause exists for the granting of said motion, it is

ORDERED that the United States' Motion For Entry Of Default Judgment be and hereby is GRANTED; and it is further

ORDERED that JUDGMENT is entered in favor of the United States and against Thomas R. McGrath and Edna McGrath, jointly and severally, for unpaid joint Federal income taxes, and statutory additions, for the years 1990, 1994, 1996, and 1997, as of October 22, 2007, in the total amount of $ 85,844.34, plus statutory additions accruing thereon according to law from October 22, 2007; and it is further

ORDERED that JUDGMENT is entered in favor of the United States and against Thomas R. McGrath, individually, for unpaid Form 941 (employment) taxes, and statutory additions, for the third quarter of 1996, the second, third and fourth quarters of 1997, the first, second, and fourth quarters of 1998, and the first and second quarters of 1999, as of November 26, 2007, in

3265586.1

the total amount of $ 26,593.88, plus statutory additions accruing thereon according to law from November 26, 2007; and it is further

ORDERED that the United States has valid and existing liens against all property and rights to property owned by the defendants, Thomas R. McGrath and Edna McGrath, including the real property located at 325 A Cedar Neck, Ocean View, Sussex County, Delaware, with a legal description as follows:

    a.    Certain real property commonly known as 325 A Cedar Neck, Ocean View, Delaware, and described in a deed filed on or about August 9, 1995 with the Recorder of Deeds for Sussex County, Delaware as follows:

> All that certain lot, piece or parcel of land in Baltimore Hundred, Sussex County, Delaware, which is known and designated as Lot Number 23, on the plot of lands of Martin E. Cox and Caroline S. Cox, which is of record in Plot Book Number 6, at page 8. Said lot is on the side of a thirty foot (30') road and the rear property line is on a lagoon connecting to White Creek as will more fully and at large appear upon reference to the said plot which was prepared by Barry Bressler on May 31, 1996;

and it is further

ORDERED that the Federal tax liens of the United States are foreclosed against the real property owned by Thomas R. McGrath and Edna McGrath located at 325 A Cedar Neck, Ocean View, Sussex County, Delaware, and that said real property shall be turned over to the Internal

Revenue Service and sold free and clear of any interest therein of Thomas R. McGrath and Edna McGrath by the Internal Revenue Service through the agency's Property Appraisal and Liquidation Service, or by such representative as may be appointed or employed, in accordance with Title 28, United States Code (U.S.C.), pursuant to any Order of Sale entered by this Court; and it is further

ORDERED that the proceeds of the sale of said real property shall be distributed in the following order:

    a.    First, to the Internal Revenue Service, for the cost of the sale;

    b.    Second, to the United States to be applied against the unpaid joint Federal income taxes, and statutory additions, due and owing by Thomas R. McGrath and Edna McGrath for the years 1990, 1994, 1996, and 1997;

    c.    Any funds remaining after the distributions described in subparts a and b shall be divided into two equal parts. The first part shall be paid to the United States to be applied against the unpaid Form 941 (employment) taxes, and statutory additions, due and owing by Thomas R. McGrath for the employment tax liabilities of Thomas R. McGrath Plumbing and Heating Company for the third quarter of 1996, the second, third and fourth quarters of 1997, the first, second, and fourth quarters of 1998, and the first and second quarters of 1999, and the second part to shall be distributed to Edna McGrath, and

      d.      Fourth, any surplus of the sale proceeds from the property shall be distributed to Thomas R. McGrath and Edna McGrath;

and it is further

ORDERED that the United States shall, within 30 days from the date the FINAL ORDER AND JUDGMENT is entered on the docket, file with the Court a proposed Order directing the sale of the subject real property; and it is further

ORDERED that the Clerk shall enter judgment in favor of the United States accordingly pursuant to Fed.R.Civ.P. 58; and it is further

ORDERED that the Clerk shall serve a copy of this FINAL ORDER AND JUDGMENT on the following:

        Thomas R. McGrath
        Edna McGrath
        611 Fallon Drive
        Wilmington, Delaware 19804

IT is so ORDERED.

Dated: August 13, 2008

                */s/ Joseph J. Farnan*
                JOSEPH J. FARNAN, JR.
                United States District Judge