D.I. # _____

# CIVIL ACTION
# NUMBER: 06CV 205 JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .79 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.49 |

Postmark Here

06CV 205 JJF

Sent To: Thomas R. McGrath & Edna McGrath
Street, Apt. No.; or PO Box No.: 611 Fallon Drive
City, State, ZIP+4: Wilmington, DE 19804

PS Form 3800, June 2002        See Reverse for Instructions

7003 1680 0002 2585 9295