D.I. # _____

# CIVIL ACTION
# NUMBER: 06-205 JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Thomas R. M____  ☐ Agent / Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Tom McGrath                       8/25/08 |
| 1. Article Addressed to:<br><br>Thomas R. McGrath & Edna McGrath<br>611 Fallon Drive<br>Wilmington, DE 19804<br><br>06CV 205 JJF | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)         ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0002 2585 9295 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |

Scanned- PDK 9/3/08